# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00005-CV

**Walkabout Air, Inc.; Southaire, Inc.; and Edward A. Brunner, Appellants**

**v.**

**Blake Byram d/b/a Byram Aviation, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY, NO. 279694, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal advising that they have settled their dispute.  We dismiss the appeal on the joint motion.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Joint Motion

Filed:   February 28, 2006